■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BLACKMON, Appellant. [888 NYS2d 812]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 20, 2005 (*People v Blackmon,* 19 AD3d 611 [2005]), affirming a judgment of the County Court, Rockland County, rendered November 26, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Santucci, JJ., concur.